MIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH F. MONTEBELLOW, MD.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | Case No. C2-11-CV-0228 |
| : | |
| **OHIO STATE UNIVERSITY** : | |
| **PHYSICIANS INC.,** : | |
| : | |
| **Defendant.** : | |

### ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University.  The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　s/Algenon L. Marbley
　　　　　　　　　　　　　　　　　　　　**ALGENON L. MARBLEY**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**DATE: March 16, 2011**